UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | No. CV 13-434-DDP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LONG BEACH SUPERIOR COURT, et al., | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: March 12, 2014

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE